# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| Jesika Brodiski and Peter Hayward, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br>  v.<br><br>Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings LLC,<br><br>                 Defendants. | Case No. 1:25-cv-00023<br><br>**CLASS ACTION** |
| Brian Moses and Clearvision Media, Inc., on behalf of themselves and all others similarly situated,<br>                 Plaintiffs,<br>  v.<br><br>Capital One Financial Corporation, d/b/a Capital One, d/b/a Capital One Shopping,<br><br>                 Defendant. | Case No. 1:25-cv-00039<br><br>**CLASS ACTION** |
| Shonna Coleman, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br>  v.<br><br>Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings LLC,<br><br>                 Defendants. | Case No. 1:25-cv-00060<br><br>**CLASS ACTION** |
| Storm Productions LLC, on behalf of itself and others similarly situated,<br><br>                 Plaintiff,<br>  v.<br><br>Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings LLC,<br><br>                 Defendants. | Case No. 1:25-cv-00102<br><br>**CLASS ACTION** |

## PLAINTIFFS' JOINT MOTION FOR ORDER GRANTING TRANSFER AND CONSOLIDATION AND SETTING DEADLINES FOR APPOINTMENT OF INTERIM CLASS COUNSEL

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs Jesika Brodiski, Peter Hayward, Brian Moses, Clearvision Media, Inc., Shonna Coleman, and Storm Productions LLC (collectively, "Plaintiffs") respectfully request the transfer and consolidation of: (i) *Brodiski and Hayward v. Capital One Financial Holding Corporation, et al.*, Case No. 1:25-cv-00023 (E.D. Va., filed January 6, 2025)(the "*Brodiski* Action"); (ii) *Moses and Clearvision Media, Inc. v. Capital One Financial Corporation, et al.,* Case No. 1:25-cv-00039 (E.D. Va., filed January 9, 2025)(the "*Moses* Action"); (iii) *Coleman. v. Capital One Financial Corporation, et al.,* Case No. 1:25-cv-00060 (E.D. Va., filed January 13, 2025)(the "*Coleman* Action"); and (iv) *Storm Productions LLC v. Capital One Financial Corporation, et al*., Case No. 1:25-cv-00102 (E.D. Va., filed January 21, 2025)(the "*Storm* Action")(collectively, the "Related Actions") into the first-filed *Brodiski* Action, as well as any subsequently filed or transferred actions arising from the same subject matter, for all purposes before the Honorable District Judge Anthony J. Trenga and Magistrate Judge William B. Porter.

Plaintiffs request that the Court issue an Order: (1) transferring and consolidating the Related Actions into the first-filed *Brodiski* Action, Case No. 1:25-cv-00023, under the title *In re Capital One Financial Corporation, Affiliate Marketing Litigation*; (2) directing Plaintiffs' counsel to file any perspective Motion(s) to Appoint Interim Lead Counsel Pursuant to Rule 23(g) within seven (7) days of the Court granting Plaintiffs' Motion to Transfer and Consolidate the Related Actions; and (3) directing Plaintiffs to file their Consolidate Class Action Complaint within forty-five (45) days of the Court ruling on the Motion to Appoint Interim Lead Counsel Pursuant to Rule

23(g). Pursuant to Local Rule 7(e), Plaintiffs' counsel met and conferred with counsel for Defendants, and the Defendants do not oppose consolidation of the Related Actions.[1]

This motion is based on the accompanying Memorandum of Law, any argument presented to the Court, and all matters of which the Court may take judicial notice.

Dated: January 23, 2025

Respectfully Submitted,

By: */s/ Lee A. Floyd*
Lee A. Floyd (VSB No. 88459)
Justin M. Sheldon, Esq. (VSB No. 82632)
**BREIT BINIAZAN, PC**
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile: (804) 351-9170
Lee@bbtrial.com
Justin@bbtrial.com

Adam E. Polk (*pro hac vice* submitted)
Simon S. Grille (*pro hac vice* submitted)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

---

[1] Although Defendants do not oppose consolidation, they believe that Plaintiffs' request regarding Appointment of Interim Lead Counsel pursuant to Rule 23(g) is unnecessary. For the reasons explained in Plaintiffs' Memorandum in Support of this Motion, Plaintiffs disagree. *See* Mot. at pp. 6-7. Notwithstanding, Defendants believe the filing of the Consolidated Class Action Complaint should be triggered by an order consolidating the cases as opposed to an order concerning leadership.

Alexandra M. Honeycutt (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay St., STE 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
ahoneycutt@milberg.com

E. Michelle Drake*
emdrake@bm.net
Marika K. O'Connor Grant*
moconnorgrant@bm.net
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

Sophia M. Rios*
srios@bm.net
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
T. 619.489.0300

Norman E. Siegel (*pro hac vice* forthcoming)
Barrett J. Vahle (*pro hac vice* forthcoming)
Joy D. Merklen (*pro hac vice* forthcoming)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
merklen@stuevesiegel.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2025, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System and was thereby served on all counsel of record.

/s/ Lee A. Floyd
Lee A. Floyd (VSB No. 88459)
Justin M. Sheldon, Esq. (VSB No. 82632)
**BREIT BINIAZAN, PC**
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile: (804) 351-9170
Lee@bbtrial.com
Justin@bbtrial.com