# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| Jesika Brodiski and Peter Hayward, on behalf of themselves and all others similarly situated,<br>　　　　　　　Plaintiffs,<br>　v.<br><br>Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings LLC,<br>　　　　　　　Defendants.<br><br>*Related Cases* | Civil Action No. 1:25-cv-00023 (AJT/WBP)<br><br>**ORDER ON JOINT MOTION FOR ORDER GRANTING TRANSFER AND CONSOLIDATION AND SETTING DEADLINES FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |
| No. 1:25-cv-00039 (E.D. Va.)<br><br>Brian Moses and Clearvision Media, Inc., on behalf of themselves and all others similarly situated,<br>　　　　　　　Plaintiffs,<br>　v.<br><br>Capital One Financial Corporation, d/b/a Capital One, d/b/a Capital One Shopping,<br>　　　　　　　Defendant. | |
| Case No. 1:25-cv-00060 (E.D. Va.)<br><br>Shonna Coleman, on behalf of herself and all others similarly situated,<br>　　　　　　　Plaintiff,<br>　v.<br><br>Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings LLC,<br>　　　　　　　Defendants. | |
| Case No. 1:25-cv-00102 (E.D. Va)<br><br>Storm Productions LLC, on behalf of itself and others similarly situated,<br>　　　　　　　Plaintiff,<br>　v.<br><br>Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings LLC,<br>　　　　　　　Defendants. | |

The Court, having considered the parties' filing, and the relevant legal authorities, GRANTS Plaintiffs' Joint Motion as follows:

1. The actions *Brodiski and Hayward v. Capital One Financial Holding Corporation, et al.* (Eastern District of Virginia, Case No. 1:25-cv-00023)("Brodiski"), *Moses and Clearvision Media, Inc. v. Capital One Financial Corporation, et al.* (Eastern District of Virginia, Case No. 1:25-cv-00039) ("Moses"), *Coleman. v. Capital One Financial Corporation, et al.* (Eastern District of Virginia, Case No. 1:25-cv-00060)("Coleman"), and *Storm Productions LLC v. Capital One Financial Corporation, et al.*, (Eastern District of Virginia, Case No. 1:25-cv-00102) ("Storm")(collectively, the "Related Actions"), shall be consolidated under the *Brodiski* case number under the title *In re Capital One Financial Corporation, Affiliate Marketing Litigation*;

2. Plaintiffs' counsel shall file any perspective Motion(s) to Appoint Interim Lead Counsel Pursuant to Rule 23(g) within ten (10) days of the Court granting Plaintiffs' Motion to Transfer and Consolidate the Related Actions. No responses may be filed;

3. Plaintiffs shall file their Consolidated Class Action Complaint within forty-five (45) days of the Court ruling on the Motion to Appoint Interim Lead Counsel Pursuant to Rule 23(g);

4. Defendant will respond to the Consolidated Complaint within 45 days. If Defendants respond by way of motion, Plaintiffs will have 40 days to oppose the motion, and Defendant will have 21 days to reply.

5. Defendant's deadlines to respond to the pending four separate complaints in the Brodiski, Moses, Coleman, and Storm actions are stayed in light of the consolidation of these matters and the forthcoming consolidated complaint.

**IT IS SO ORDERED.**

                                                              Anthony J. Trenga
                                                              United States District Judge

Dated: January ___, 2025
Alexandria, Virginia