AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Jesika Brodiski and Peter Hayward, on behalf of themselves and all others similarly situated, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-23 |
| Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings LLC, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings LLC,                           .

Date:  1/24/2025

*Connor Kelley*
*Attorney's signature*

Connor Kelley (VA Bar No. 93596)
*Printed name and bar number*

Covington & Burling LLP
850 10th Street NW
Washington, DC 20001

*Address*

ckelley@cov.com
*E-mail address*

(202) 662-6000
*Telephone number*

**(202) 778-5628**
*FAX number*