IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JESIKA BRODISKI and PETER HAYWARD, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, WIKIBUY LLC, and WIKIBUY HOLDINGS LLC<br><br>*Defendants*. | Case No. 1:25-cv-00023 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, the undersigned counsel for Defendants states that Defendant Wikibuy, LLC is a wholly owned subsidiary of Defendant Wikibuy Holdings, LLC, which is a wholly owned subsidiary of Capital One, N.A., which is wholly owned by its parent company, Defendant Capital One Financial Corporation.  Capital One Financial Corporation is a publicly traded corporation, it has no parent corporation, and no publicly held corporation owns 10% or more of its corporate stock.

DATED:  January 24, 2025

Respectfully submitted,

By: *s/ Connor Kelley*

Connor Kelley (VA Bar No. 93596)
Valerie Hletko*
Andrew Soukup*
Jeffrey Huberman*
Amee Frodle*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5606
Email:  ckelley@cov.com
           vhletko@cov.com
           asoukup@cov.com
           jhuberman@cov.com
           afrodle@cov.com

*Attorneys for Defendants Capital One Financial Corporation, Wikibuy, LLC, and Wikibuy Holdings, LLC*

**Application for PHV forthcoming*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certificate that on this 24th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: *s/ Connor Kelley*
Connor Kelley
