IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE CAPITAL ONE FINANCIAL CORPORATION, AFFILIATE MARKETING LITIGATION<br><br>This Document Relates to ALL Cases | Case No. 1:25-cv-00023 |

## MOTION TO APPOINT NORMAN E. SIEGEL AS PLAINTIFFS' INTERIM LEAD COUNSEL

Pursuant to Federal Rule of Civil Procedure 23(g) and the Court's January 27, 2025 Order (ECF No. 20), Norman E. Siegel of Stueve Siegel Hanson LLP, counsel for Plaintiff Storm Productions LLC, respectfully requests appointment as Plaintiffs' Lead (or Co-Lead) Counsel in this case. A Memorandum in Support is submitted with this Motion.

Dated: February 6, 2025

Respectfully submitted,

/s/ Norman E. Siegel
Norman E. Siegel (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

/s/ Steven T. Webster
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
300 North Washington Street, Suite 404
Alexandria, VA 22314
Telephone: (888) 987-9991
swebster@websterbook.com

*Counsel for Plaintiff Storm Productions LLC*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Steven T. Webster*  
Steven T. Webster (VSB No. 31975)  
Webster Book LLP
