IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: Capital One Financial Corporation, Affiliate Marketing Litigation )<br>)<br>)<br>  Plaintiffs,  )<br>)<br>v.  )<br>)<br>CAPITAL ONE FINANCIAL )<br>CORPORATION, *et al.*, )<br>)<br>  Defendants.  )   | Civil Action No. 1:25-cv-00023-AJT-WBP |
| SERGE BELOZEROV, *et al.*, )<br>*each individually and on behalf of all others similarly situated*,  )<br>)<br>  Plaintiffs,  )<br>)<br>v.  )<br>)<br>CAPITAL ONE FINANCIAL )<br>CORPORATION, *et al.*, )<br>)<br>  Defendants.  )   | Civil Action No. 1:25-cv-00212-AJT-WBP |

## **ORDER**

Before the Court is Defendants' Notice of Related Action, [Doc. No. 7] (the "Notice"), filed in Civil Action No. 1:25-cv-00212, which notifies the Court that this action involves related claims to those in Civil Action No. 1:25-cv-00023. Upon review of the Notice, and for good cause shown, it is hereby

**ORDERED** that Civil Action No. 1:25-cv-00212 be, and the same hereby is, **CONSOLIDATED** for all purposes under Civil Action No. 1:25-cv-00023 under the title *In re*

1

*Capital One Financial Corporation, Affiliate Marketing Litigation* and assigned to Judge Anthony J. Trenga and Magistrate Judge William B. Porter; and it is further

**ORDERED** that Defendants' deadlines to respond to Civil Action No. 1:25-cv-00212 are **STAYED** in light of the consolidation and forthcoming Consolidated Class Action Complaint.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
February 6, 2025

/s/
Anthony J. Trenga
Senior United States District Judge