IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Capital One Financial Corporation, Affiliate Marketing Litigation* | Case No. 1:25-cv-00023-AJT-WBP |

**CAPITAL ONE'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and this Court's Pretrial Order #1 (ECF No. 94), Defendants Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings, LLC—collectively referred to in this motion and the accompanying memorandum as "Capital One"—respectfully request that this Court dismiss Plaintiffs' Consolidated Class Action Complaint (ECF No. 93), which challenges the Capital One Shopping browser extension. As explained further in the accompanying memorandum, Plaintiffs lack Article III standing to pursue their claims and have failed to state a claim upon which relief can be granted.

As directed by Paragraph 1(iii) of the Court's Pretrial Order # 1, ECF No. 94, Capital One Shopping has not noticed this motion for hearing.

DATED:  March 4, 2025           Respectfully submitted,

By:  */s/ Connor J. Kelley*

Connor Kelley (VA Bar No. 93596)
Valerie Hletko*
Andrew Soukup*
Jeffrey Huberman*
Amee Frodle*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5606
Email:  ckelley@cov.com
        vhletko@cov.com
        asoukup@cov.com
        jhuberman@cov.com
        afrodle@cov.com

*Attorneys for Capital One*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: /s/ *Connor J. Kelley*
Connor Kelley