IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: Capital One Financial Corporation, Affiliate Marketing Litigation, | ) ) ) Civil Action No. 1:25-cv-023 (AJT/WBP) ) ) |

## ORDER

Before the Court is Defendants' Motion to Dismiss the Consolidated Class Action Complaint, [Doc. No. 110] (the "Motion"). Upon consideration of the Motion and the Plaintiffs' deadline to respond, it is hereby

**ORDERED** that there will be a hearing on the Motion on Wednesday, April 23, 2025 at 10:00 a.m. in Judge Trenga's courtroom, Room 900, with the hearing held in open court, whereby all counsel may attend, however only Defendants' Counsel, and one of Plaintiffs' Lead Counsel is required to attend. No other counsel is expected or is required to attend, and a transcript of the hearing will be made available.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
March 6, 2025

/s/
Anthony J. Trenga
Senior United States District Judge

1