IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| In re: Capital One Financial Corporation, Affiliate Marketing Litigation, | ) ) ) ) ) ) Civil Action No. 1:25-cv-023 (AJT/WBP) |

### **ORDER**

On March 25, 2025, Plaintiffs filed a First Amended Complaint, [Doc. No. 121], in light of which, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss the Consolidated Class Action Complaint, [Doc. No. 110], be, and the same hereby is, **DENIED** as **MOOT**; and it is further

**ORDERED** that the April 23, 2025 hearing on the Defendants' Motion to Dismiss the Consolidated Class Action Complaint, be, and the same hereby is, **CANCELLED**; and it is further

**ORDERED** that Defendants' Counsel shall respond to the Consolidated Class Action Complaint by April 16, 2025; and it is further

**ORDERED** that if Defendants' Counsel responds by way of motion to the Consolidated Class Action Complaint, Plaintiffs' Interim Co-Lead Counsel shall file an opposition by April 30, 2025; and it is further

**ORDERED** that Defendants' Counsel shall file a reply to plaintiffs' opposition to the Consolidated Class Action Complaint, by May 7, 2025, if appropriate; and it is further

**ORDERED** that the Court will hold a hearing on the Defendants' response, if done by way of a motion, on May 14, 2025 at 10:00 a.m. in Courtroom 900, with the hearing held in open court, whereby all counsel may attend, however only Defendants' Counsel, and one of Plaintiffs' Interim

Co-Lead Counsel is required to attend. No other counsel is expected or is required to attend, and a transcript of the hearing will be made available.

    The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
March 26, 2025

                                                 /s/
Anthony J. Trenga
Senior United States District Judge