IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | ) | |
|---|---|---|
| In re: Capital One Financial | ) | |
| Corporation, Affiliate Marketing | ) | Civil Action No. 1:25-cv-023 (AJT/WBP) |
| Litigation, | ) | |
| | ) | |

**PRETRIAL ORDER #3**
**Deadlines for Discovery, Class Certification, and Summary Judgment**

On April 1, 2025, the Court held a Status Conference, at which the Court set forth the deadlines for discovery, class certification, and summary judgment in this matter. For the reasons stated from the bench, it is hereby

**ORDERED** that Plaintiffs' Motion for Class Certification, if any, shall be filed thirty (30) days after the Court issues an order on the Defendants' Motion to Dismiss, with any opposition thereto due within fourteen (14) days, and the reply to be filed seven (7) days thereafter; and it is further

**ORDERED** that any Rule 702 Motions related to the Motion for Class Certification shall be filed forty-four (44) days after the Court issues an order on the Defendants' Motion to Dismiss, with any opposition thereto due within fourteen (14) days, and the reply due seven (7) days thereafter; and it is further

**ORDERED** that the Court will schedule a hearing on Plaintiffs' Motion for Class Certification and any related 702 Motions in a forthcoming order; and it is further

**ORDERED** that fact discovery shall close on September 1, 2025; and it is further

**ORDERED** that expert discovery shall close on October 1, 2025; and it is further

**ORDERED** that any Motions for Summary Judgment shall be filed by October 15, 2025; and it is further

1

**ORDERED** that the Court will hold a hearing on any Motions for Summary Judgment on November 12, 2025 at 10:00 a.m.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Alexandria, Virginia
April 1, 2025

/s/
_____
Anthony J. Trenga
Senior United States District Judge

2