IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Capital One Financial Corporation, Affiliate Marketing Litigation* | Case No. 1:25-cv-00023-AJT-WBP |

**CAPITAL ONE'S MOTION TO COMPEL DISCOVERY FROM FORMER PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 45, Defendants Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings, LLC—collectively referred to in this motion and the accompanying memorandum as "Capital One"—respectfully request that this Court order the 21 former plaintiffs to whom Capital One has issued subpoenas to provide the relevant, responsive documents requested therein, subject to the narrowing limitations described in the accompanying memorandum.

DATED: May 23, 2025                    Respectfully submitted,

By: */s/ Connor Kelley*

Connor Kelley (VA Bar No. 93596)
Valerie Hletko*
Andrew Soukup*
Stephen Petkis*
Jeffrey Huberman*
Amee Frodle*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5606
Email:  ckelley@cov.com
            vhletko@cov.com
            asoukup@cov.com
            spetkis@cov.com
            jhuberman@cov.com
            afrodle@cov.com

*Attorneys for Capital One*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: */s/ Connor Kelley*
Connor Kelley