IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Capital One Financial Corporation, Affiliate Marketing Litigation* | Case No. 1:25-cv-00023-AJT-WBP |

**[PROPOSED] ORDER GRANTING CAPITAL ONE'S MOTION TO COMPEL DISCOVERY FROM FORMER PLAINTIFFS**

Having reviewed Capital One's Motion to Compel Discovery from Former Plaintiffs ("Motion") and the former plaintiffs' opposition thereto, it is hereby

**ORDERED** that the Motion be and is GRANTED; and it is further

**ORDERED** that the former plaintiffs to whom Capital One has issued Rule 45 subpoenas provide the documents requested therein, subject to the narrowing limitations specified in the Motion.

**SO ORDERED** on this ___ day of _____, 2025.

_____
William B. Porter
United States Magistrate Judge