**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| *In re Capital One Financial Corporation, Affiliate Marketing Litigation*<br><br>This Document Relates to:<br><br>*Brian Moses and Clearvision Media, Inc., v. Capital One Fin. Corp., et al.*, No. 1:25-cv-39 | Civil Action No. 1:25-cv-00023-AJT-WBP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Clearvision Media, Inc., ("Dismissing Plaintiff") hereby voluntarily dismisses its claims in the above-captioned action against Defendants with prejudice.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 2, 2025

Respectfully submitted,

*/s/ Seth Carroll*
Seth Carroll
Virginia Bar No. 74745
**COMMONWEALTH LAW GROUP, PLLC**
3311 West Broad Street
Richmond, Virginia 23230
Phone: (804) 999-9999
Fax: (866) 23806415

EKSM, LLP
Jarrett Ellzey (admitted *pro hac vice*)
Texas Bar No. 24040864
Leigh S. Montgomery (admitted *pro hac vice*)
Texas Bar No. 24052214
Josh Sanford
Arkansas Bar No. 2001037
Tom Kherkher
Texas Bar No. 24113389
jsanford@eksm.com
jellzey@eksm.com
lmontgomery@eksm.com
tkherkher@eksm.com
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**EAGLE TEAM LLP**
Devin J. Stone
Washington Bar No. 260326
1050 Connecticut Ave. NW, Suite 5038
Washington, DC 20036
Phone: (833) 507-8326
devin@eagleteam.law

*Counsel for Plaintiff Clearvision Media, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 2, 2025, I will file this document with the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

<u>*/s/ Seth Carroll*</u>
Seth Carroll