# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| *In re Capital One Financial Corporation, Affiliate Marketing Litigation*<br><br>This Document Relates to:<br><br>*GamersNexus, LLC et al. v. Capital One Fin. Corp., et al.*,<br>No.1:25-cv-00134 | Civil Action No. 1:25-cv-00023-AJT-WBP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff GamersNexus LLC ("Dismissing Plaintiff") hereby voluntarily dismisses its claims in the above-captioned action against Defendants with prejudice.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 5, 2025

/s/ Thomas E. Loeser
Thomas E. Loeser, Cal Bar No. 202724
**COTCHETT PITRE MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206)-802-1272
Facsimile: (206)-299-4184
tloeser@cpmlegal.com

*Counsel for Plaintiff GamersNexus LLC*

Dated: June 5, 2025

/s/ Steven T. Webster
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
2300 Wilson Blvd., Suite 728
Arlington, VA 22201
Telephone: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

1

## CERTIFICATE OF SERVICE

I certify that on June 5, 2025, I will file this document with the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
Webster Book LLP