IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| In re: Capital One Financial Corporation, Affiliate Marketing Litigation, | ) ) ) ) ) | Civil Action No. 1:25-cv-023 (AJT/WBP) |

**PRETRIAL ORDER #7**
**Plaintiffs' Motion to Modify Scheduling Order**

Before the Court is Plaintiffs' Motion to Modify the Scheduling Order, [Doc. No. 233] (the "Motion"), in which they request to have certain deadlines extended, including the deadline to serve expert disclosures and file any motion for class certification. Upon consideration of the Motion, it is hereby

**ORDERED** that Defendants submit a response to the Motion by June 30, 2025, with Plaintiffs to submit any reply by July 3, 2025; and it is further

**ORDERED** that the deadlines to serve expert disclosures and file a motion for class certification are **CONTINUED** to a date to be determined by the Court following its ruling on the Motion.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Alexandria, Virginia
June 23, 2025

/s/
Anthony J. Trenga
Senior United States District Judge

1