IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: Capital One Financial Corporation, Affiliate Marketing Litigation, | ) ) ) Civil Action No. 1:25-cv-023 (AJT/WBP) ) ) |

**PRETRIAL ORDER #8**
**Plaintiffs' Motion to Modify Scheduling Order**

Before the Court is Plaintiffs' Motion to Modify the Scheduling Order, [Doc. No. 233] (the "Motion"), in which they request to have certain deadlines extended, including the deadline to serve expert disclosures and file any motion for class certification. Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion be, and the same hereby is, **GRANTED IN PART**; and the Scheduling Order is hereby **MODIFIED** as follows:

| | |
|---|---|
| September 1, 2025 | Plaintiffs serve expert disclosures for all experts related to class certification issues<br><br>Plaintiffs file motion for class certification |
| October 1, 2025 | Capital One serves expert disclosures for all experts related to class certification issues<br><br>Capital One files opposition to Plaintiffs' motion for class certification<br><br>Rule 702 motions |
| October 15, 2025 | Plaintiffs file reply in support of motion for class certification<br><br>Oppositions to Rule 702 motions |
| October 22, 2025 | Replies to Rule 702 motions |
| November 4, 2025 at 10:00 a.m. | Hearing on Plaintiffs' Motion for Class Certification and any Rule 702 Motions |

1

| | |
|---|---|
| 21 days after ruling on Motion for Class Certification | Plaintiffs serve expert disclosures for all remaining experts |
| 42 days after ruling on Motion for Class Certification | Defendants serve expert disclosures for all remaining experts |
| 70 days after ruling on Motion for Class Certification | Close of all other fact and expert discovery |
| 100 days after ruling on Motion for Class Certification | Motions for Summary Judgment |

The Clerk is directed to forward a copy of this Order to all counsel of record.

Alexandria, Virginia
July 9, 2025

/s/
Anthony J. Trenga
Senior United States District Judge

2