IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE FINANCIAL  )<br>CORPORATION, AFFILIATE      )<br>MARKETING LITIGATION         ) | Case No. 1:25-cv-00023 (AJT/WBP) |

**ORDER**

Before the Court is Defendants' Emergency Motion for Protective Order. ("Motion"; ECF No. 260.) Having reviewed the Motion and considered the arguments of counsel, for the reasons stated from the bench, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiffs must depose Adam Zacharski, Capital One's Rule 30(b)(6) corporate designee on Topics 4 and 21, on July 18, 2025.

This order is without prejudice to Plaintiffs' ability to request a further Rule 30(b)(6) deposition on Topics 4 and 21 if circumstances so dictate.

Entered this 17th day of July 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia