IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| In re: Capital One Financial Corporation, Affiliate Marketing Litigation, | Civil Action No. 1:25-cv-023 (AJT/WBP) |

**PRETRIAL ORDER #9**
**Modification of Scheduling Order**

For the reasons stated at the August 5, 2025 Status Conference, it is hereby

**ORDERED** that the Scheduling Order is hereby **MODIFIED** as follows:

| | |
|---|---|
| September 2, 2025 | Plaintiffs serve expert disclosures for all experts related to class certification issues<br><br>Plaintiffs file motion for class certification |
| October 2, 2025 | Capital One serves expert disclosures for all experts related to class certification issues<br><br>Capital One files opposition to Plaintiffs' motion for class certification<br><br>Rule 702 motions |
| October 16, 2025 | Plaintiffs file reply in support of motion for class certification<br><br>Oppositions to Rule 702 motions |
| October 23, 2025 | Replies to Rule 702 motions |
| November 4, 2025 at 10:00 a.m. | Hearing on Plaintiffs' Motion for Class Certification and any Rule 702 Motions |
| 21 days after ruling on Motion for Class Certification | Plaintiffs serve expert disclosures for all remaining experts |
| 42 days after ruling on Motion for Class Certification | Defendants serve expert disclosures for all remaining experts |
| 70 days after ruling on Motion for Class Certification | Close of all other fact and expert discovery |
| 100 days after ruling on Motion for Class Certification | Motions for Summary Judgment |

1

The Clerk is directed to forward a copy of this Order to all counsel of record.

Alexandria, Virginia
August 5, 2025

/s/
_____
Anthony J. Trenga
Senior United States District Judge