# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| *In re Capital One Financial Corporation, Affiliate Marketing Litigation* | Case No. 1:25-cv-00023-AJT-WBP |

## NOTICE OF SETTLEMENT

The parties hereby provide notice that they have reached a settlement and have executed a term sheet resolving this litigation. The parties intend to execute a definitive settlement agreement and Plaintiffs intend to file a motion for preliminary approval in the next 60 days. In light of the foregoing, the Parties respectfully request that all deadlines be stayed pending further Order of the Court.

DATED: September 15, 2025

Respectfully submitted,

/s/ *Steven T. Webster*
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
2300 Wilson Blvd., Suite 728
Arlington, Virginia 22201
Telephone: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

/s/ *James J. Pizzirusso*
James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
jpizzirussos@hausfeld.com

/s/ *E. Michelle Drake*
E. Michelle Drake
**BERGER MONTAGUE LLP**
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
emdrake@bm.net

/s/ *Douglas J. McNamara*
Douglas J. McNamara
**COHEN MILSTEIN LLP**
1100 New York Avenue, NW, Suite 800
Washington, D.C. 20005
Tel: (202) 408-4651
DMcNamara@cohenmilstein.com

/s/ *Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
Valerie Hletko*
Andrew Soukup*
Jeffrey Huberman*
Amee Frodle*
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5606
Email:  ckelley@cov.com
         vhletko@cov.com
         asoukup@cov.com
         jhuberman@cov.com
         afrodle@cov.com
*Attorneys for Capital One*

*Admitted pro hac vice

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

<u>/s/ *Steven T. Webster*</u>
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
