IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|   |   |
|---|---|
| In re: Capital One Financial Corporation, Affiliate Marketing Litigation, | ) ) ) ) ) ) Civil Action No. 1:25-cv-023 (AJT/WBP) |

**PRETRIAL ORDER #14**
**Parties' Notice of Settlement**

Before the Court is the Parties' Notice of Settlement, [Doc. No. 330] (the "Notice"). Upon review of the Notice and for good cause shown, it is hereby

**ORDERED** that all deadlines in this action, be, and the same hereby are, **STAYED**, for sixty (60) days; and it is further

**ORDERED** that Plaintiffs should file any motion for preliminary approval of the settlement by November 14, 2025; and it is further

**ORDERED** that all monthly status conferences currently scheduled in this action, be, and the same hereby are, **CONTINUED**, to be reset if necessary by the Court; and it is further

**ORDERED** that the Parties should notify the Court forthwith if the parties are unable to finalize a settlement agreement.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Alexandria, Virginia
September 16, 2025

/s/
Anthony J. Trenga
Senior United States District Judge