IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*In re Capital One Financial Corporation, Affiliate Marketing Litigation*

Case No. 1:25-cv-00023-AJT-WBP

### NOTICE OF WITHDRAWAL

The parties hereby provide notice that the Notice of Settlement (ECF No. 330) was filed in error. The parties have not reached a settlement and have not executed a term sheet resolving this litigation, and Plaintiffs did not have authority to affix Capital One's counsel's signature to the Notice of Settlement filed yesterday evening. The Notice of Settlement is therefore withdrawn.

DATED: September 16, 2025

Respectfully submitted,

/s/ *Steven T. Webster*
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
2300 Wilson Blvd., Suite 728
Arlington, Virginia 22201
Telephone: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

/s/ *James J. Pizzirusso*
James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
jpizzirussos@hausfeld.com

/s/ *E. Michelle Drake*
E. Michelle Drake

**BERGER MONTAGUE LLP**
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
emdrake@bm.net

/s/ *Douglas J. McNamara*
Douglas J. McNamara
**COHEN MILSTEIN LLP**
1100 New York Avenue, NW, Suite 800
Washington, D.C. 20005
Tel: (202) 408-4651
DMcNamara@cohenmilstein.com

/s/ *Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
Valerie Hletko*
Andrew Soukup*
Jeffrey Huberman*
Amee Frodle*
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5606
Email:  ckelley@cov.com
          vhletko@cov.com
          asoukup@cov.com
          jhuberman@cov.com
          afrodle@cov.com
*Attorneys for Capital One*

*\*Admitted pro hac vice*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                */s/ Steven T. Webster*
                                                Steven T. Webster (VSB No. 31975)
                                                **WEBSTER BOOK LLP**