IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: Capital One Financial Corporation, Affiliate Marketing Litigation, | ) ) ) ) ) ) Civil Action No. 1:25-cv-023 (AJT/WBP) |

**PRETRIAL ORDER #15**
**Vacating Docket No. 331**

Before the Court is the Plaintiffs' Notice of Withdrawal, [Doc. No. 332] (the "Notice"), in which Plaintiffs withdraw their Notice of Settlement, indicating that it was "filed in error." In light of the Notice, it is hereby

**ORDERED** that the Court's previous Order, [Doc. No. 331], be, and the same hereby is, **VACATED**, and all previously scheduled pre-trial deadlines remain in effect; and it is further

**ORDERED** that all previously-scheduled hearings and status conferences are reset to their previously scheduled times.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Alexandria, Virginia
September 16, 2025

/s/
Anthony J. Trenga
Senior United States District Judge

1