# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Capital One Financial Corporation, Affiliate Marketing Litigation* | Case No. 1:25-cv-00023-AJT-WBP |

## JOINT NOTICE OF SETTLEMENT

The Parties hereby provide notice that they have reached an agreement in principle to settle this dispute on a class-wide basis, subject to approval of the Court. Over the coming weeks, the Parties will be working to negotiate a comprehensive settlement agreement. Plaintiffs will file a motion for preliminary approval by no later than November 17, 2025.

If the Court is inclined to hold a hearing on the motion for preliminary approval, the Parties request that the Court set a December 2, 2025 hearing (a date on which the Parties were previously scheduled to appear before the Court for a monthly status conference) to decide whether to grant preliminary approval to the proposed settlement and direct that notice be provided to the proposed settlement class. *See* Fed. R. Civ. P. 23(e)(1). The Parties jointly request that all deadlines be stayed pending the Court's decision on Plaintiffs' motion for preliminary approval, the hearing scheduled for September 19, 2025 be taken off the calendar, and the supporting memorandum and exhibits to Plaintiffs' Motion for Class Certification (ECF Nos. 314, 316) remain under seal.

DATED: September 18, 2025  Respectfully submitted,

By: */s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
Valerie Hletko*
Andrew Soukup*
Stephen Petkis*
Jeffrey Huberman*
Amee Frodle*
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5606
Email: ckelley@cov.com
vhletko@cov.com
asoukup@cov.com
spetkis@cov.com
jhuberman@cov.com
afrodle@cov.com

*Attorneys for Capital One*

**Admitted pro hac vice*

By: */s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
2300 Wilson Blvd., Suite 728
Alexandria, Virginia 22201
Telephone: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
jpizzirussos@hausfeld.com

E. Michelle Drake
**BERGER MONTAGUE LLP**
1229 Tyler Street, NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5933
emdrake@bm.net

Douglas J. McNamara
**COHEN MILSTEIN LLP**
1100 New York Avenue, NW, Suite 800
Washington, D.C. 20005
Tel: (202) 408-4651
DMcNamara@cohenmilstein.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: /s/ *Connor Kelley*
Connor Kelley