IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: Capital One Financial Corporation, Affiliate Marketing Litigation, | ) ) ) ) ) ) Civil Action No. 1:25-cv-023 (AJT/WBP) |

**PRETRIAL ORDER #16**
**Joint Notice of Settlement**

Before the Court is the Parties' Notice of Settlement, [Doc. No. 335] (the "Notice"). Upon review of the Notice and for good cause shown, it is hereby

**ORDERED** that all deadlines in this action, be, and the same hereby are, **STAYED**; and it is further

**ORDERED** that Plaintiffs should file any motion for preliminary approval of the settlement by November 17, 2025; and it is further

**ORDERED** that the Court will hold a hearing on the motion for preliminary approval, if necessary, on December 2, 2025 at 10:00 a.m. in Courtroom 900; and it is further

**ORDERED** that all monthly status conferences currently scheduled in this action, be, and the same hereby are, **CONTINUED**, to be reset if necessary by the Court.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Alexandria, Virginia
September 19, 2025

/s/
Anthony J. Trenga
Senior United States District Judge

1