# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

IN RE: CAPITAL ONE FINANCIAL )
CORPORATION, AFFILIATE ) Case No. 1:25-cv-00023 (AJT/WBP)
MARKETING LITIGATION )

## ORDER

Before the Court is the parties' email request that the Court cancel the October 3, 2025, hearing ("Request") on Plaintiff's Motion to Seal (ECF No. 310), which relates to Plaintiffs' request to file under seal certain portions of its memorandum in support of its Motion for Class Certification and certain accompanying exhibits (ECF No. 316). In support of the Request, Defendant has informed the Court that this matter has been settled—pending Court approval—and that Plaintiffs intend to withdraw their pending motion for class certification and ask that it and its accompanying documents be stricken from the docket, such that there would be no need for confidential material to be filed under seal. Accordingly, it is hereby

ORDERED that the Request is GRANTED in part and DENIED in part; and it is further

ORDERED that the hearing on the Motion to Seal scheduled for October 3, 2025, is postponed until the Court rules on Plaintiffs' to-be-filed motion to withdraw its Motion to Certify Class and motion to strike Plaintiffs' accompanying confidential documents from the docket; and it is further

ORDERED that the parties must file a joint motion by 5:00 p.m. on October 10, 2025, and the motion must address the Court's authority to allow a party to withdraw confidential documents from the Court's file and strike them from the docket.

Entered this 1st day of October 2025.

Alexandria, Virginia

_____
William B. Porter
United States Magistrate Judge