IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| *In re Capital One Financial Corporation, Affiliate Marketing Litigation* | Case No. 1:25-cv-00023-AJT-WBP |

### ORDER

This matter came before the Court on Plaintiffs' Unopposed Motion to Withdraw the Motion for Class Certification.

It appearing that the motion is unopposed and is otherwise proper, it is hereby

ORDERED that the motion is granted and that Plaintiffs' Motion for Class Certification and accompanying filings (ECF Nos. 310, 311, 312, 313, 314, 315, 316, 320, 328, 329, 334, 336, and 338) are deemed withdrawn.

Date: October 15, 2025
Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge

1