UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re Capital One Financial Corporation, Affiliate Marketing Litigation* | Case No. 1:25-cv-00023-AJT-WBP |

**JOINT MOTION REGARDING SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL**

Defendants Capital One Financial Corporation, Wikibuy LLC, and Wikibuy Holdings, LLC (collectively, "Capital One") and Plaintiffs (together with Capital One, the "Parties"), through their undersigned counsel, hereby ask to modify the deadline for Plaintiffs to file a motion for preliminary approval and to continue the preliminary approval hearing. The Parties request that this Court move the deadline for Plaintiffs to file a preliminary approval motion to December 8, 2025 and move the preliminary approval hearing to January 6, 2026 (or alternatively December 18, 2025 or December 23, 2025).

1.  On September 18, 2025, the Parties submitted a Joint Notice of Settlement to alert the Court that they had reached an agreement in principle to settle this matter on a class-wide basis, subject to Court approval. ECF No. 335. The Parties proposed November 17, 2025 as the deadline for Plaintiffs to file a motion for preliminary approval and December 2, 2025 as a hearing date for the motion, if necessary. *Id.*

2.  The following day, the Court entered an order declaring that all deadlines in this matter be stayed and that Plaintiffs file their motion for preliminary approval on November 17, 2025, with a hearing, if necessary, set for December 2, 2025 at 10:00am. ECF No. 337.

3. Since then, the Parties have continuously worked towards finalizing a comprehensive settlement agreement. They are actively meeting and conferring to finalize the settlement agreement, notice forms, claim forms, and other accompanying documents, and they are vetting potential Settlement Administrators.

4. The Parties agree, however, that they would greatly benefit from a brief extension to file the motion for preliminary approval to ensure the settlement agreement and accompanying documents are finalized and the most appropriate Settlement Administrator is selected before filing.

5. Given the Thanksgiving holiday and accompanying vacation and travel, the Parties agree that a three-week extension will allow sufficient time for resolution of all remaining issues.

6. Therefore, the Parties request that this Court adopt the following deadline for the motion for preliminary approval and select one of several dates for a hearing on the motion:

   a. Plaintiffs' motion for preliminary approval shall be filed in this Court on **December 8, 2025**;

   b. The Parties have conferred on hearing dates for a preliminary approval hearing and are available on **December 18, 2025; December 23, 2025;** or **January 6, 2026**.

DATED: November 12, 2025                                    Respectfully submitted,


/s/ *Steven T. Webster*
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
2300 Wilson Blvd., Suite 728
Arlington, Virginia 22201
Telephone: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

/s/ *E. Michelle Drake*
E. Michelle Drake (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: 612.594.5999
Fax: 612.584.4470
emdrake@bm.net

/s/ *Norman E. Siegel*
Norman E. Siegel (admitted *pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

/s/ *Douglas J. McNamara*
Douglas J. McNamara (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
dmcnamara@cohenmilstein.com

/s/ *James J. Pizzirusso*
James J. Pizzirusso (admitted *pro hac vice*)
**HAUSFELD LLP**
1200 17th Street N.W. Suite 600
Washington, DC 20036
Telephone: (202) 540-7200

        jpizzirusso@hausfeld.com

        *Plaintiffs' Co-Lead Counsel*


        <u>/s/ Connor Kelley</u>
        Connor Kelley (VA Bar No. 93596)
        Valerie Hletko*
        Andrew Soukup*
        Stephen Petkis*
        Jeffrey Huberman*
        Amee Frodle*
        Derek Andros*
        COVINGTON & BURLING LLP
        One CityCenter
        850 Tenth Street, NW
        Washington, DC 20001-4956
        Telephone: (202) 662-6000
        Facsimile: (202) 778-5606
        Email: ckelley@cov.com
           vhletko@cov.com
           asoukup@cov.com
           spetkis@cov.com
           jhuberman@cov.com
           afrodle@cov.com
           dandros@cov.com

        *Attorneys for Defendants Capital One Financial Corp., Wikibuy LLC, and Wikibuy Holdings LLC*

        \**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: */s/ Steven T. Webster*
Steven T. Webster