# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

*In re Capital One Financial Corporation, Affiliate Marketing Litigation*

Case No. 1:25-cv-00023-AJT-WBP

## [PROPOSED] ORDER GRANTING JOINT MOTION REGARDING SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL

Having reviewed the Parties' Joint Motion Regarding the Schedule for Motion for Preliminary Approval ("Motion"), for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED, and the Schedule for the Motion for Preliminary Approval is hereby modified as follows:

1. Plaintiffs should file any motion for preliminary approval of the settlement by **December 8, 2025**;

2. The Court will hold a hearing on the motion for preliminary approval, if necessary, on **January 6, 2026** at 10:00 a.m. in Courtroom 900.

Entered this _____ day of _____, 2025.

_____
HONORABLE ANTHONY J. TRENGA
United States District Judge

Alexandria, Virginia