# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE FINANCIAL CORPORATION, AFFILIATE MARKETING LITIGATION | Civil Action No. 1:25-cv-023 (AJT/WBP) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL AND TO DIRECT NOTICE OF PROPOSED SETTLEMENT TO THE CLASS

Plaintiffs move for entry of an order directing notice of the proposed class action settlement and scheduling a hearing to consider final approval of the settlement. Plaintiffs are simultaneously filing a supporting memorandum of law and its supporting exhibits, which include the Settlement Agreement. For the reasons set forth in that memorandum, Plaintiffs respectfully request that the Court enter the proposed order submitted as Exhibit 2 to the Memorandum in Support of this Motion filed herewith. For ease of reference, the capitalized terms in this motion and the accompanying memorandum have the meaning set forth in the Settlement Agreement.

DATED: December 9, 2025

Respectfully submitted,

/s/ *Steven T. Webster*
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
2300 Wilson Blvd., Suite 728
Arlington, VA 22201
Telephone: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

/s/ *E. Michelle Drake*
E. Michelle Drake (admitted *pro hac vice*)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Fax: (612) 584-4470
emdrake@bm.net

/s/ *Norman E. Siegel*
Norman E. Siegel (admitted *pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

/s/ *Douglas J. McNamara*
Douglas J. McNamara (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
dmcnamara@cohenmilstein.com

/s/ *James J. Pizzirusso*
James J. Pizzirusso (admitted *pro hac vice*)
**HAUSFELD LLP**
1200 17th Street N.W. Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
jpizzirusso@hausfeld.com

*Plaintiffs' Co-Lead Counsel*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: */s/ Steven T. Webster*
Steven T. Webster